762 A.2d 655

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
JOSEPH M. CAREY, DEFENDANT–RESPONDENT.

October 19, 2000.

Petition for certification is granted, limited solely to the issue of whether the trial court properly imposed consecutive sentences on defendant.

762 A.2d 655

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SAUL MOLINA, DEFENDANT–PETITIONER.

October 19, 2000.

Petition for certification is granted, limited solely to the issue of whether the trial court properly imposed to consecutive sentences on defendant.

762 A.2d 655

WALTER DAS, PLAINTIFF–PETITIONER, v. SURESH R. THANI,
M.D., ET AL., DEFENDANTS–RESPONDENTS.

November 14, 2000.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Velazquez v. Portadin*, 163 *N.J.* 677, 751 *A.*2d 102 (2000).